CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
VICTORIA R. ALLEN, ESQ.
Nevada Bar No. 15005
**CHRISTIAN MORRIS TRIAL ATTORNEYS**
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
T: (702) 434-8282
F: (702) 434-1488
christian@CMTrialAttorneys.com
victoria@CMTrialAttorneys.com
-and-
JOSEPH CAMMARATA, ESQ. *(pro hac vice)*
IRA SHERMAN, ESQ. *(pro hac vice)*
STEPHEN P. OLLAR, ESQ *(pro hac vice)*
**CHAIKIN, SHERMAN, CAMMARATA & SIEGEL, P.C.**
1232 Seventeenth Street, N.W.
Washington, DC 20036
(202) 659-8600
Fax: (202) 659-8680
Joe@dc-law.net
Sherman@dc-law.net
Ollar@dc-law.net
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THERESE PICKING SERIGNESE, an individual,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>WILLIAM H. COSBY, JR., an individual; DOES 1 through 10, inclusive; and ROE Corporations 11-20, inclusive,<br><br>　Defendants. | CASE NO.: 2:24-cv-00794<br><br>**JOINT STIPULATION AND ORDER TO STAY DISCOVERY** |

COMES NOW, Plaintiff Therese Picking Serignese, by and through her attorneys, Christian M. Morris, Esq., and Victoria R. Allen, Esq., of CHRISTIAN MORRIS TRIAL

1

1 ATTORNEYS, and Joseph Cammarata, Esq., Ira Sherman, Esq., and Stephen P. Ollar, Esq., of
2 CHAIKIN, SHERMAN, CAMMARATA & SIEGEL, P.C., and Defendant William H. Cosby, Jr.,
3 by and through his attorneys, Nichlas M. Wooldridge, Esq. of WOOLDRIDGE LAW LTD and
4 Jennifer Bonjean, Esq., Ashley Cohen, Esq., and Gabriella Orozco, Esq. of BONJEAN LAW
5 GROUP, PLLC and hereby submits this Stipulation and Order to Stay Discovery.

6   IT IS HEREBY STIPULATED AND AGREED between the parties as to the following:

7   A stay of discovery is necessary as Defendant filed a Notice of Removal to Federal Court on April 24, 2024. On May 24, 2024 Plaintiff filed a Motion to Remand back to State Court. Defendant filed an Opposition to Plaintiff's Motion to Remand on June 7, 2024.  Plaintiff's Reply to the Motion is due on June 14, 2024. The hearing on said Motion is scheduled to be heard on July 8, 2024 at 10:00 a.m.

  Typical situations in which a discovery stay is appropriate includes motions that raise issues of jurisdiction, venue, or immunity. *Id.* Further, "[a] situation that in and of itself would warrant a stay of discovery…occur[s] when jurisdiction, venue, or immunity are preliminary issues. *Twin City Fire Ins. Co. v. Employers Ins. of Wausau,* 124 F.R.D. 652, 654 (D.Nev.1989).

  Here, Plaintiff contends that this Court lacks subject matter jurisdiction and that this case is better heard in the Eighth Judicial District court. On the contrary, it is Defendant Cosby's position that this court has subject matter jurisdiction over this matter and this matter should remain in this court.

20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Accordingly, the parties agree that discovery, including the filing of a joint discovery plan pursuant to F.R.C.P. 26(f), should be stayed pending a decision on Plaintiff's Motion to Remand.

DATED this 10th day of June 2024.

/s/ *Victoria R. Allen, Esq.*
CHRISTIAN MORRIS TRIAL ATTORNEYS
CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
VICTORIA R. ALLEN, ESQ.
Nevada Bar No. 15005
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
-and-
JOSEPH CAMMARATA *(pro hac vice)*
IRA SHERMAN *(pro hac vice)*
STEPHEN P. OLLAR, ESQ *(pro hac vice)*
CHAIKIN, SHERMAN, CAMMARATA & SIEGEL, P.C.
1232 Seventeenth Street, N.W.
Washington, DC 20036
*Attorneys for Plaintiff*

DATED this 10th day of June 2024.

/s/ *Jennifer* Bonjean, Esq.
NICHOLAS WOOLDRIDGE ESQ.
WOOLDRIDGE LAW LTD.
400 S. 7TH Street, Suite 400
Las Vegas, Nevada 89101
and
JENNIFER BONJEAN, ESQ. *(Pro Hac Vice)*
BONJEAN LAW GROUP, PLLC.
303 Van Brunt Street, 1st Floor
Brooklyn, NY 11231
*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED** that all discovery, including the filing of a joint discovery plan pursuant to F.R.C.P. 26(f), will be stayed until the decision on the Motion to Remand is entered.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 11, 2024

3

CHRISTIAN MORRIS TRIAL ATTORNEYS
2250 Corporate Circle, Suite. 390
Henderson, Nevada 89074
702-434.8282 / 702-434.1488 (fax)

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on the 10th day of June 2024, I electronically filed the foregoing |
| 3 | **JOINT STIPULATION AND ORDER TO STAY DISCOVERY** with the Clerk of the Court |
| 4 | using the CM/ECF system which will send notification of such filing to the e-mail addresses |
| 5 | denoted in the Electronic Mail Notice List as listed below: |

Nicholas Wooldridge Esq.
WOOLDRIDGE LAW LTD.
400 S. 7TH Street, Suite 400
Las Vegas, Nevada 89101
Tel. (702) 623-6362
nicholas@wooldridgelawlv.com

JENNIFER BONJEAN- Pro Hac Vice
Bonjean Law Group, PLLC.
303 Van Brunt Street, 1st Floor
Brooklyn, NY 11231
Telephone: (718) 875-1850
Facsimile: (914) 462-3482
jennifer@bonjeanlaw.com
*Attorneys for Defendant*

                                            */s/ Thomas Dudley*
                                            An employee of
                                            CHRISTIAN MORRIS TRIAL ATTORNEYS

4

| | |
|---|---|
| **From:** | Gabriella Orozco |
| **To:** | Tori Allen; Jennifer Bonjean; Joe Cammarata |
| **Cc:** | Christian Morris; Ashley Cohen; melody@wooldridgelawlv.com; nancy@wooldridgelawlv.com; Reyna Quintana; Thomas Dudley; Tiffany Pond; Nicholas Wooldridge; Ira Sherman; Stephen P. Ollar; Caroline Gimello; Haley Coolbaugh |
| **Subject:** | Re: Serignese v. Cosby - Meeting to discuss Joint Status Report/ IGNORE POTENTIAL CHANGE IN TIME |
| **Date:** | Monday, June 10, 2024 5:41:22 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | 2024.06.10 - JSR Serignese.docx |

See attached edits. I spoke with Jennifer and she approved the edits. You may put her signature. Thanks all

**Gabriella Orozco, Esq.**
Bonjean Law Group PLLC
**PLEASE NOTE NEW ADDRESS:**
303 Van Brunt, 1st Fl
Brooklyn, New York 11231
Tel: 718.875.1850
Fax: 914.463.3483
Email: Gabriella@bonjeanlaw.com

**Chicago Office:**
Bonjean Law Group, PLLC
53 W. Jackson, Blvd., Ste. 315
Chicago, Illinois 60604

CONFIDENTIALITY NOTICE:

The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Tori Allen <Victoria@CMTrialAttorneys.com>
**Date:** Monday, June 10, 2024 at 7:48 PM
**To:** Jennifer Bonjean <jennifer@bonjeanlaw.com>, Joe Cammarata <joe@dc-law.net>
**Cc:** Gabriella Orozco <Gabriella@bonjeanlaw.com>, Christian Morris <Christian@CMTrialAttorneys.com>, Ashley Cohen <ashley@bonjeanlaw.com>, melody@wooldridgelawlv.com <melody@wooldridgelawlv.com>, nancy@wooldridgelawlv.com <nancy@wooldridgelawlv.com>, Reyna Quintana <reyna@wooldridgelawlv.com>, Thomas Dudley <Thomas@CMTrialAttorneys.com>, Tiffany Pond <tiffanyp@CMTrialAttorneys.com>, Nicholas Wooldridge <nicholas@wooldridgelawlv.com>, Ira Sherman <sherman@dc-law.net>, Stephen P. Ollar <ollar@dc-law.net>, Caroline Gimello <Caroline@dc-law.net>, Haley Coolbaugh <Haley@bonjeanlaw.com>

**Subject:** RE: Serignese v. Cosby - Meeting to discuss Joint Status Report/ IGNORE POTENTIAL CHANGE IN TIME

Counsel,
Following up on the draft attached. Please advise on any changes or if we can affix your e-signature as soon as possible so we may submit to the court today.

Warm regards,



**TORI R. ALLEN, ESQ.**
Attorney

**Office Phone:** 702.434.8282
2250 Corporate Circle, Suite 390
Henderson, NV 89074



This email may contain CONFIDENTIAL AND/OR LEGALLY PRIVILEGED INFORMATION intended only for the use of the intended recipients identified above. If you are not the intended recipient of this email, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**From:** Tori Allen
**Sent:** Monday, June 10, 2024 12:59 PM
**To:** Jennifer Bonjean <jennifer@bonjeanlaw.com>; Joe Cammarata <joe@dc-law.net>
**Cc:** Gabriella Orozco <Gabriella@bonjeanlaw.com>; Christian Morris <Christian@CMTrialAttorneys.com>; Ashley Cohen <ashley@bonjeanlaw.com>; melody@wooldridgelawlv.com; nancy@wooldridgelawlv.com; Reyna Quintana <reyna@wooldridgelawlv.com>; Thomas Dudley <Thomas@CMTrialAttorneys.com>; Tiffany Pond <tiffanyp@CMTrialAttorneys.com>; Nicholas Wooldridge <nicholas@wooldridgelawlv.com>; Ira Sherman <sherman@dc-law.net>; Stephen P. Ollar <ollar@dc-law.net>; Caroline Gimello <Caroline@dc-law.net>; Haley Coolbaugh <Haley@bonjeanlaw.com>
**Subject:** RE: Serignese v. Cosby - Meeting to discuss Joint Status Report/ IGNORE POTENTIAL CHANGE IN TIME

Please see the attached proposed stipulation and order to stay discovery. Please advise if you have any proposed changes or if we may affix your e-signature and submit.

Warm regards,



**TORI R. ALLEN, ESQ.**
Attorney

**Office Phone:** 702.434.8282
2250 Corporate Circle, Suite 390
Henderson, NV 89074



This email may contain CONFIDENTIAL AND/OR LEGALLY PRIVILEGED INFORMATION intended only for the use of the intended recipients identified above. If you are not the intended recipient of this email, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**From:** Jennifer Bonjean <jennifer@bonjeanlaw.com>
**Sent:** Monday, June 10, 2024 11:15 AM
**To:** Joe Cammarata <joe@dc-law.net>
**Cc:** Gabriella Orozco <Gabriella@bonjeanlaw.com>; Christian Morris <Christian@CMTrialAttorneys.com>; Ashley Cohen <ashley@bonjeanlaw.com>; melody@wooldridgelawlv.com; nancy@wooldridgelawlv.com; Reyna Quintana <reyna@wooldridgelawlv.com>; Tori Allen <Victoria@CMTrialAttorneys.com>; Thomas Dudley <Thomas@CMTrialAttorneys.com>; Tiffany Pond <tiffanyp@CMTrialAttorneys.com>; Nicholas Wooldridge <nicholas@wooldridgelawlv.com>; Ira Sherman <sherman@dc-law.net>; Stephen P. Ollar <ollar@dc-law.net>; Caroline Gimello <Caroline@dc-law.net>; Haley Coolbaugh <Haley@bonjeanlaw.com>
**Subject:** Re: Serignese v. Cosby - Meeting to discuss Joint Status Report/ IGNORE POTENTIAL CHANGE IN TIME

As the Plaintiff who has the motion pending, it makes more sense for you to propose something. Thanks.
Sincerely,

**Jennifer Bonjean, Esq.**
Bonjean Law Group PLLC
750 Lexington Avenue, 9th Floor
New York, New York 10022
Tel: 718.875.1850
Fax: 914.462.3482
Email: Jennifer@bonjeanlaw.com

**Chicago Office**
Bonjean Law Group PLLC
53 W. Jackson Blvd., Suite 315
Chicago, Illinois 60604

CONFIDENTIALITY NOTICE:

The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

On Jun 10, 2024, at 1:36 PM, Joe Cammarata <joe@dc-law.net> wrote:

We agree. Would you please draft a Stipulation staying discovery and an Order? Please let me know.
Thanks.

<image001.jpg>
<image002.png>

<image003.jpg>

<image004.png>

<image005.png>
<image006.png>

<image007.jpg>

<image008.png>

**From:** Jennifer Bonjean <jennifer@bonjeanlaw.com>
**Sent:** Sunday, June 9, 2024 8:35 PM
**To:** Gabriella Orozco <Gabriella@bonjeanlaw.com>; Joe Cammarata <joe@dc-law.net>; Christian Morris <christian@CMTrialAttorneys.com>
**Cc:** Ashley Cohen <ashley@bonjeanlaw.com>; melody@wooldridgelawlv.com; nancy@wooldridgelawlv.com; Reyna Quintana <reyna@wooldridgelawlv.com>; victoria@CMTrialAttorneys.com; Thomas@CMTrialAttorneys.com; tiffanyp@CMTrialAttorneys.com; Nicholas Wooldridge <nicholas@wooldridgelawlv.com>; Ira Sherman <sherman@dc-law.net>; Stephen P. Ollar <ollar@dc-law.net>; Caroline Gimello <Caroline@dc-law.net>; Haley Coolbaugh

<Haley@bonjeanlaw.com>
**Subject:** Re: Serignese v. Cosby - Meeting to discuss Joint Status Report/ IGNORE POTENTIAL CHANGE IN TIME

Our position is that given Plaintiff's pending motion, the fact that Defendant has not answered or otherwise pled in response to the Complaint, it makes sense to let the Court know that a discovery plane is premature but we will await your position on the issue.

Sincerely,

**Jennifer Bonjean, Esq.**
Bonjean Law Group PLLC
750 Lexington Avenue, 9th Floor
New York, New York 10022
Tel: 718.875.1850
Fax: 914.462.3483
Email: Jennifer@bonjeanlaw.com

**Chicago Office**
Bonjean Law Group PLLC
53 W. Jackson Blvd, Suite 315
Chicago, Illinois 60604

CONFIDENTIALITY NOTICE:

The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

**From:** Gabriella Orozco <Gabriella@bonjeanlaw.com>
**Date:** Sunday, June 9, 2024 at 7:40 PM
**To:** Joe Cammarata <joe@dc-law.net>, Christian Morris <christian@CMTrialAttorneys.com>
**Cc:** Ashley Cohen <ashley@bonjeanlaw.com>, melody@wooldridgelawlv.com <melody@wooldridgelawlv.com>, nancy@wooldridgelawlv.com <nancy@wooldridgelawlv.com>, Reyna Quintana <reyna@wooldridgelawlv.com>, victoria@CMTrialAttorneys.com <victoria@CMTrialAttorneys.com>, Thomas@CMTrialAttorneys.com <Thomas@CMTrialAttorneys.com>, tiffanyp@CMTrialAttorneys.com <tiffanyp@CMTrialAttorneys.com>, Nicholas Wooldridge

<nicholas@wooldridgelawlv.com>, Ira Sherman <sherman@dc-law.net>, Stephen P. Ollar <ollar@dc-law.net>, Jennifer Bonjean <jennifer@bonjeanlaw.com>, Caroline Gimello <Caroline@dc-law.net>, Haley Coolbaugh <Haley@bonjeanlaw.com>
**Subject:** Re: Serignese v. Cosby - Meeting to discuss Joint Status Report/ IGNORE POTENTIAL CHANGE IN TIME

Counsel,

As I'm sure you're aware, the discovery plan is due in this case tomorrow. Please forward your draft to us early enough tomorrow so we may review prior to filing. Thank you.

**Gabriella Orozco, Esq.**
Bonjean Law Group PLLC
**PLEASE NOTE NEW ADDRESS:**
303 Van Brunt, 1st Fl
Brooklyn, New York 11231
Tel: 718.875.1850
Fax: 914.463.3483
Email: Gabriella@bonjeanlaw.com

**Chicago Office:**
Bonjean Law Group, PLLC
53 W. Jackson, Blvd., Ste. 315
Chicago, Illinois 60604

CONFIDENTIALITY NOTICE:

The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Joe Cammarata <joe@dc-law.net>
**Date:** Tuesday, May 28, 2024 at 9:22 AM
**To:** Haley Coolbaugh <Haley@bonjeanlaw.com>, Gabriella Orozco <Gabriella@bonjeanlaw.com>
**Cc:** Ashley Cohen <ashley@bonjeanlaw.com>, Nicholas Wooldridge <nicholas@wooldridgelawlv.com>, melody@wooldridgelawlv.com <melody@wooldridgelawlv.com>, nancy@wooldridgelawlv.com <nancy@wooldridgelawlv.com>, Reyna Quintana <reyna@wooldridgelawlv.com>, victoria@CMTrialAttorneys.com <victoria@CMTrialAttorneys.com>, Thomas@CMTrialAttorneys.com

<Thomas@CMTrialAttorneys.com>, Christian Morris <christian@CMTrialAttorneys.com>, tiffanyp@CMTrialAttorneys.com <tiffanyp@CMTrialAttorneys.com>, Ira Sherman <sherman@dc-law.net>, Stephen P. Ollar <ollar@dc-law.net>, Jennifer Bonjean <jennifer@bonjeanlaw.com>, Caroline Gimello <Caroline@dc-law.net>
**Subject:** RE: Serignese v. Cosby - Meeting to discuss Joint Status Report/ IGNORE POTENTIAL CHANGE IN TIME

PLEASE IGNORE THE EARLIER REQUEST TO CHANGE THE TIME FOR OUR TELEPHONE CONFERENCE FROM 12PM EST TODAY. WE WILL LEAVE THE CONFERENCE AS PREVIOUSLY SCHEDULED.

<image001.jpg>
<image002.png>

<image003.jpg>

<image004.png>

<image005.png>
<image006.png>

<image007.jpg>

<image008.png>

---

**From:** Joe Cammarata
**Sent:** Monday, May 27, 2024 2:32 PM
**To:** 'Haley Coolbaugh' <Haley@bonjeanlaw.com>; Gabriella Orozco <Gabriella@bonjeanlaw.com>
**Cc:** Ashley Cohen <ashley@bonjeanlaw.com>; Nicholas Wooldridge <nicholas@wooldridgelawlv.com>; melody@wooldridgelawlv.com; nancy@wooldridgelawlv.com; Reyna Quintana <reyna@wooldridgelawlv.com>; victoria@CMTrialAttorneys.com; Thomas@CMTrialAttorneys.com; Christian Morris <christian@CMTrialAttorneys.com>; tiffanyp@CMTrialAttorneys.com; Ira Sherman <sherman@dc-law.net>; Stephen P. Ollar <ollar@dc-law.net>; Jennifer Bonjean <jennifer@bonjeanlaw.com>; Caroline Gimello <Caroline@dc-law.net>

**Subject:** RE: Serignese v. Cosby - Meeting to discuss Joint Status Report/POTENTIAL CHANGE IN TIME

Good afternoon,

Something has come up on an emergent basis which will take me out of pocket from 11-2pm EST. Is there any chance we can move our telephone conference to 2pm EST?

Please let me know.

Thanks,

Joe

<image001.jpg>
<image002.png>

<image003.jpg>

<image004.png>

<image005.png>
<image006.png>

<image007.jpg>

<image008.png>

**From:** Haley Coolbaugh <Haley@bonjeanlaw.com>
**Sent:** Friday, May 24, 2024 1:35 PM
**To:** Joe Cammarata <joe@dc-law.net>; Gabriella Orozco <Gabriella@bonjeanlaw.com>
**Cc:** Ashley Cohen <ashley@bonjeanlaw.com>; Nicholas Wooldridge <nicholas@wooldridgelawlv.com>; melody@wooldridgelawlv.com; nancy@wooldridgelawlv.com; Reyna Quintana <reyna@wooldridgelawlv.com>; victoria@CMTrialAttorneys.com; Thomas@CMTrialAttorneys.com; Christian Morris <christian@CMTrialAttorneys.com>; tiffanyp@CMTrialAttorneys.com; Ira Sherman <sherman@dc-law.net>; Stephen P. Ollar <ollar@dc-law.net>; Jennifer Bonjean <jennifer@bonjeanlaw.com>; Joe Cammarata <joe@dc-law.net>; Caroline Gimello <Caroline@dc-law.net>

**Subject:** Re: Serignese v. Cosby - Meeting to discuss Joint Status Report

Counsel:

Enclosed please find our conference line information that will be utilized for the meet and confer on 5/28 at 12EST. Thank you.

**Dial: 917-962-0650**
**Code: 893201**

Sincerely,

**Haley Coolbaugh**
Bonjean Law Group, PLLC
750 Lexington Avenue, 9th Floor
New York, New York 10022
Tel: 718.875.1850
Fax: 914.462.3483
Email: Haley@bonjeanlaw.com


**Chicago Office:**
Bonjean Law Group, PLLC
53 W. Jackson, Blvd., Ste. 315
Chicago, Illinois 60604

CONFIDENTIALITY NOTICE:

The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Joe Cammarata <joe@dc-law.net>
**Date:** Friday, May 24, 2024 at 1:15 PM
**To:** Gabriella Orozco <Gabriella@bonjeanlaw.com>
**Cc:** Ashley Cohen <ashley@bonjeanlaw.com>, Nicholas Wooldridge <nicholas@wooldridgelawlv.com>, melody@wooldridgelawlv.com <melody@wooldridgelawlv.com>, nancy@wooldridgelawlv.com <nancy@wooldridgelawlv.com>, Reyna Quintana <reyna@wooldridgelawlv.com>, victoria@CMTrialAttorneys.com

<victoria@CMTrialAttorneys.com>, Thomas@CMTrialAttorneys.com <Thomas@CMTrialAttorneys.com>, Christian Morris <christian@CMTrialAttorneys.com>, tiffanyp@CMTrialAttorneys.com <tiffanyp@CMTrialAttorneys.com>, Ira Sherman <Sherman@dc-law.net>, Stephen P. Ollar <ollar@dc-law.net>, Haley Coolbaugh <Haley@bonjeanlaw.com>, Jennifer Bonjean <jennifer@bonjeanlaw.com>, Joe Cammarata <Joe@dc-law.net>, Caroline Gimello <Caroline@dc-law.net>

**Subject:** Re: Serignese v. Cosby - Meeting to discuss Joint Status Report

That will work for us.


Joseph Cammarata, Esq.
Chaikin, Sherman, Cammarata & Siegel, P.C.
1232 17th Street, N.W.
Washington, D.C. 20036
202-659-8600


Sent from my iPad


> On May 24, 2024, at 12:43 PM, Gabriella Orozco <Gabriella@bonjeanlaw.com> wrote:
>
> Hi Thomas,
>
> We can confer the 28th. How is noon EST?
>
> **Gabriella Orozco, Esq.**
> Bonjean Law Group PLLC
> 750 Lexington Avenue, 9th Floor
> New York, New York 10022
> Tel: 718.875.1850
> Fax: 914.463.3483
> Email: Gabriella@bonjeanlaw.com
>
> **Chicago Office:**
> Bonjean Law Group, PLLC
> 53 W. Jackson, Blvd., Ste. 315
> Chicago, Illinois 60604
>
> CONFIDENTIALITY NOTICE:

The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Ashley Cohen <ashley@bonjeanlaw.com>
**Date:** Friday, May 24, 2024 at 12:30 PM
**To:** Haley Coolbaugh <Haley@bonjeanlaw.com>, Gabriella Orozco <Gabriella@bonjeanlaw.com>
**Subject:** FW: Serignese v. Cosby - Meeting to discuss Joint Status Report


Sincerely,

**Ashley Cohen, Esq.**
Bonjean Law Group PLLC
750 Lexington Avenue, 9th Floor
New York, New York 10022
Tel: 718.875.1850
Fax: 914.462.3483
Email: Ashley@bonjeanlaw.com

**Chicago Office:**
Bonjean Law Group, PLLC
53 W. Jackson Blvd., Ste. 315
Chicago, Illinois 60604

CONFIDENTIALITY NOTICE:

The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

---

**From:** Thomas Dudley <Thomas@CMTrialAttorneys.com>
**Date:** Friday, May 24, 2024 at 12:09 PM

**To:** nicholas@wooldridgelawlv.com <nicholas@wooldridgelawlv.com>, melody@wooldridgelawlv.com <melody@wooldridgelawlv.com>, nancy@wooldridgelawlv.com <nancy@wooldridgelawlv.com>, reyna@wooldridgelawlv.com <reyna@wooldridgelawlv.com>, Ashley Cohen <ashley@bonjeanlaw.com>, Jennifer Bonjean <jennifer@bonjeanlaw.com>
**Cc:** Tori Allen <Victoria@CMTrialAttorneys.com>, Christian Morris <Christian@CMTrialAttorneys.com>, Tiffany Pond <tiffanyp@CMTrialAttorneys.com>, Joe Cammarata <joe@dc-law.net>, Ira Sherman <sherman@dc-law.net>, Stephen P. Ollar <ollar@dc-law.net>
**Subject:** Serignese v. Cosby - Meeting to discuss Joint Status Report

Good morning,

Would counsel like to have a telephone conference today, May 24th 2024 or the morning of Tuesday, May 28th to discuss the Joint Status Report which is due May 28th.

Thank you, Tom

*Sincerely,*
**Thomas Dudley**
Litigation Paralegal

<image009.jpg>
2250 Corporate Circle, Suite 390
Henderson, NV 89074
P. (702) 434-8282
F. (702) 434-1488
cmtrialattorneys.com
<image010.jpg>
<image011.png>